CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 12, 2024

LAURA A. AUSTIN, CLERK
BY: s/B. McAbee
DEPUTY CLERK

**FORM 10. Statement Concerning Discrimination**

Form 10 (p. 1)
July 2020

RECEIVED
US COURT OF APPEALS
FEDERAL CIRCUIT
24 JUL -2 PH 2:41

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## FED. CIR. R. 15(c) STATEMENT CONCERNING DISCRIMINATION

**Case Number:** 2024-1895

**Short Case Caption:** Hightower v. USPS

**Name of Petitioner:** Aubrey Hightower

---

**Purpose:** This form is to help determine the proper forum for judicial review of a decision of the Merit Systems Protection Board (MSPB) or an Arbitrator, and in particular, those cases in which the federal employee has attributed the adverse employment action, in whole or in part, to bias based on race, color, religion, sex, age, national origin, or handicapping condition, in violation of federal antidiscrimination laws.

This court, while empowered to review MSPB and Arbitrator decisions dealing solely with civil-service claims, lacks authority to decide matters in which claims arising under federal discrimination laws have been asserted and not abandoned. Rather, the proper forum for judicial review of such matters is a federal district court. This form will assist the court in determining whether it needs to transfer a matter to a district court.

**Instructions:** Complete Section A. Complete Sections B and C only as directed by your answer to Section A.

## Section A

Before the MSPB or the Arbitrator, did you argue that the adverse employment action (1) was attributable to discrimination on the basis of race, color, religion, sex, age, national origin, or handicapping condition <u>or</u> (2) was retaliation for pursuing Equal Employment Opportunity activity?

☑ Yes (complete Sections B and C)        ☐ No (ignore Sections B and C)

FORM 10. Statement Concerning Discrimination

Form 10 (p. 2)
July 2020

## Section B

Complete this section only if you answered "Yes" to the question in Section A.

If you answered "No" to the question in Section A, skip this section.

1. Identify the discrimination claim(s) you raised before the MSPB or Arbitrator.

> disparate treatment, disability discrimination, retaliation for EEOC Activity, reprisal for whistleblowing and the disparate treatment was because of my Veterans Status.

2. Have you filed a discrimination case in a United States district court from the MSPB's or Arbitrator's decision?

   ☐ Yes   ☑ No

   If yes, please identify the case name(s) and number(s) and the status of the case(s) in the box below.

3. Have you filed a discrimination case with the Equal Employment Opportunity Commission from the MSPB's or Arbitrator's decision?

   ☐ Yes   ☑ No

   If yes, please identify the case name(s) and number(s) and the status of the case(s) in the box below.

*Hightower v. USPS*
Docket # 2024-1895

**FORM 10. Statement Concerning Discrimination**   Form 10 (p. 3)
July 2020

### Section C

> Complete this section only if you answered "Yes" to the question in Section A.
>
> If you answered "No" to the question in Section A, skip this section.
>
> Check <u>only one</u> of the boxes below.

☐ Although I did claim that I was discriminated against before the MPSB or the Arbitrator, I wish to abandon those discrimination claims and only pursue civil-service claims in the Federal Circuit rather than pursuing discrimination claims and civil-service claims in district court. I understand that this means I will not be able to raise the discrimination claims at any later point.

☑ I did claim that I was discriminated against before the MPSB or the Arbitrator and I do <u>not</u> wish to abandon my discrimination claims.

### CERTIFICATION

I certify the above information and any attached sheets (as necessary) are accurate and complete to the best of my knowledge.

Date: June 20, 2024        Signature: *Aubry Hightower*
                           Name: Aubry Hightower

**Retail**

U.S. POSTAGE PAID
PME
SOUTH BOSTON, VA 24592
JUN 29, 2024

20439

$30.45

S2324K500443-05

RDC 07

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE | PRIORITY MAIL EXPRESS

EJ 144 584 878 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE ( )

Aubry Hightower
1020 Tune Trail
Vernon Hill, VA. 24597

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)

TO: (PLEASE PRINT) PHONE ( )

U.S Court of Appeals for federal circuit.
717 Madison place N.W.
Washington DC
20439

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 Insurance included.

PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☑ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code: 24592
Scheduled Delivery Date: 7-1-24
Postage: $30.45

Date Accepted: 6-29-24
Scheduled Delivery Time: 6pm
Insurance Fee: 
COD Fee:

Time Accepted: 11:57 AM
10:30 AM Delivery Fee:
Return Receipt Fee:
Live Animal Transportation Fee:

Special Handling/Fragile:
Sunday/Holiday Premium Fee:
Total Postage & Fees: 30.45

Weight: 7.30 lbs  ☑ Flat Rate
Acceptance Employee Initials: DmN

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) Time ☐AM ☐PM  Employee Signature
Delivery Attempt (MM/DD/YY) Time ☐AM ☐PM  Employee Signature

Case: 24-1895  Document: 10  Page: 4  Filed: 07/02/2024